

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

1
2
3
4
5
6
7     UNITED STATES DISTRICT COURT
8     CENTRAL DISTRICT OF CALIFORNIA
9
10 | UNITED STATES OF AMERICA,           )   Case No.: CR05-1182-GAF
11 |                  Plaintiff,          )   ORDER OF DETENTION
                v.                        )   (FED. R. CRIM. P. 32.1(a)(6); 18
12 | Albert Alexander Saldano             )   U.S.C. § 3143(a))
13 |                                      )
                  Defendant.              )
14 |_____)
15
16     The defendant having been arrested in this District pursuant to a warrant
   issued by the United States District Court for the __Central__
17 District of __California__ for alleged violation(s) of the terms and
18 conditions of probation or supervised release; and
19     Having conducted a detention hearing pursuant to Federal Rule of Criminal
20 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
21 A.   (✓)  The defendant has not met his/her burden of establishing by clear and
22             convincing evidence that he/she is not likely to flee if released under
23             18 U.S.C. § 3142(b) or (c). This finding is based on the following:
24             • unknown background
25             • unknown bail resources
26             • associated with multiple personal identifiers
27             • submission to detention
28

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____
7   _____
8   _____
9   _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 2/27/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2